ALFRED POTS, Appellant, *v.* DAVID E. SICHER, Respondent.

*Pots v. Sicher*, 66 App. Div. 614, affirmed.
(Argued October 14, 1903; decided October 30, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 26, 1901, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*Jesse W. Johnson* for appellant.

*Daniel P. Hays* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J.; GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES R. McCULLOUGH, Appellant, *v.* JONATHAN D. WILSON et al., Constituting the Board of Public Works of the City of Newburgh, et al., Respondents.

*People ex rel. McCullough v. Wilson*, 80 App. Div. 640, appeal dismissed.
(Argued October 8, 1903; decided October 30, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 17, 1903, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus.

*Robert H. Barnett* for appellant.

*C. L. Waring* for respondents.

Appeal dismissed, with costs; no opinion.
Concur: PARKER, Ch. J.; O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.